IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Johnny M. Vanover, Jr., #349153, | ) | C/A No. 4:13-cv-3137 DCN |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Warden Kershaw Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced matter is before this court upon petitioner's objections to the Magistrate Judge's Report and Recommendation. This objection was filed June 4, 2014, which was after the court prepared its order affirming the Magistrate Judge's Report and Recommendation (order filed June 3, 2014). **The plaintiff's objections have been received, considered and are overruled.**

The Report and Recommendation of the Magistrate Judge is **AFFIRMED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

June 6, 2014
Charleston, South Carolina

### *NOTICE OF RIGHT TO APPEAL*

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.